UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Bryant Jeffrey Lentsch,　　　　　　　　　　　　BKY 18-42856

　　　　　　　　　Debtor.

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Daniel Lentsch for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

For reasons stated orally and recorded in open court, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

IT IS ORDERED:

1.　　　The motion for relief from stay is granted as follows.

2.　　　The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the case, *In re the Marriage of Danielle Marie Lentsch and Bryant Jeffery Lentsch* and the Isanti County District Court File Number is 30-FA-147-156.

3.　　　Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 6, 2019

　　　　　　　　　　　　　　　　　　　　/e/ Kathleen H. Sanberg
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/06/2019*
Lori Vosejpka, Clerk, by LH